ORIGINAL

FILED

RECEIVED

JUN ~ 7 2006

~ ~ KING
~ ~ COURT
~ ~ ~

JUN 3 0 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID DUTRA, JAMES MARVIN, STEVEN MURPHY & BENNY ROS,<br><br>Petitioners,<br><br>v.<br><br>DEPARTMENT OF CORRECTIONS AND REHABILITATION, AND LEA ANN CHRONES, ANTHONY KANE & KATHY MENDOZA-POWERS, Warden,<br><br>Respondents. | No. C 06-0323 MHP<br><br>[PROPOSED] ORDER |

This court considered Respondents' Nunc Pro Tunc Request for an Extension of Time to

Respond to the Order to Show Cause, and good cause appearing,

IT IS HEREBY ORDERED that Respondents' Nunc Pro Tunc Request for an Extension

of Time to Respond to the Order to Show Cause is **GRANTED**; Respondents shall file a

response by **July 17, 2006.**

Dated: 6/30/06

_____
MARILYN HALL PATEL
United States District Judge

[Proposed] Order