IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID DUTRA,<br><br>                         Petitioners,<br><br>v.<br><br>ANTHONY KANE, Warden,<br><br>                         Respondent. | C 06-0323 MHP<br><br>~~[PROPOSED]~~ ORDER |

Per the stipulation of the parties, the Case Management Conference set for April 30, 2007, is hereby VACATED. Respondents shall file an answer to the order to show cause on or before May 17, 2007. Petitioner shall ~~have 30 days after the filing date of Respondent's answer to file~~ a traverse. **on or before June 29, 2007.**

Dated: April 24, 2007

The Hon_____
Judge Marilyn H. Patel

IT IS SO ORDERED

[Proposed] Order

Dutra v. Kane
C 06-0323 MHP

1