UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID DUTRA, | No. C 06-0323 MHP |
| Petitioner, | **JUDGMENT** |
| v. | |
| DEPARTMENT OF CORRECTIONS AND REHABILITATION, AND ANTHONY KANE, Warden, | |
| Respondent. | |

The petition for writ of habeas corpus is denied on the merits.

IT IS SO ORDERED AND ADJUDGED.

DATED: November 8, 2007

Marilyn Hall Patel
United States District Judge